1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BENITO PEREZ LOPEZ, | ) Case No. SACV 15-57 ODW(JC) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JEH JOHNSON, et al., | ) |
| Respondents. | ) |

IT IS HEREBY ADJUDGED that the Petition for an Emergency Stay of Removal is denied and this action is dismissed.

IT IS SO ADJUDGED.

DATED: January 23, 2015

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE